534

No. 193. National Labor Relations Board *v.* Waterman Steamship Corp. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Assistant Solicitor General Bell* and *Mr. Charles Fahy* for petitioner. *Mr. Gessner T. McCorvey* for respondent. By leave of Court, *Mr. Charlton Ogburn* filed a brief on behalf of the American Federation of Labor, as *amicus curiae,* opposing the petition. ▆▆▆▆▆▆▆

No. 210. Morgan, Executor, *v.* Commissioner of Internal Revenue. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Brode B. Davis* and *Arthur M. Kracke* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key, Joseph M. Jones,* and *Richard H. Demuth* for respondent. ▆▆▆▆▆▆▆

No. 236. United States for the use and benefit of Midland Loan Finance Co. *v.* National Surety Corp. et al. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Benedict Deinard* for petitioner. *Messrs. R. O. Sullivan* and *Pierce Butler, Jr.* for National Surety Corp., and *Mr. Henry N. Benson* for Patrick J. Malone, respondents. ▆▆▆▆▆▆▆

No. 237. Miller *v.* Hatfield, Trustee, et al. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Elmer McClain* for petitioner. *Mr. H. E. Garling* for respondents. ▆▆▆▆▆▆▆